IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRADFORD A. PRINCE, JR., ) | | |
| ID # 289787, ) | | |
|     Petitioner, ) | | |
| vs. ) | No. 3:10-CV-0611-M-BH | |
| ) | | |
| RICK THALER, Director, ) | Referred to U.S. Magistrate Judge | |
| Texas Department of Criminal ) | | |
| Justice, Correctional Institutions Division, ) | | |
|     Respondent. ) | | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge, and TRANSFERS the successive petition for writ of habeas corpus to the United States Court of Appeals for the Fifth Circuit pursuant to *Henderson v. Haro*, 282 F. 3d 862, 864 (5th Cir. 2002) and *In re Epps,* 127 F.3d 364, 365 (5th Cir. 1997). *See* 28 U.S.C. §§ 2244(a) and (b)(3)(C).

SIGNED this 10th day of May, 2010.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS